**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 174.59.227.92**

**ISP:** Comcast Cable
**Physical Location:** Lancaster, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/03/2018 11:17:06 | 0F30BF36DF69D3A348B65B8CEA41B07267DB49B0 | 18 Year Old Models First Time Threesome |
| 09/28/2018 10:47:36 | FC5BE8813A72796D9245032B86C1BC2EF61049C0 | Stripping With My Black Cock |
| 10/20/2016 20:02:06 | 06F25AFFA145B9E0AA5AEF64EB9200F9A5BD8D4E | Pussy Cat Burglar |
| 06/24/2016 19:12:42 | 0052FCA21F71ACAE77ED5F462E97FE45283AB260 | Chloe In Couture |
| 03/25/2016 13:05:33 | 5759DA2D7B68F5E0103CD31A0B9E0489CBF5C74E | Suds And Sex |
| 02/09/2016 15:26:13 | D78761C7070F46494022C423C47DEF36193A438B | Luckiest Man Alive |
| 02/01/2016 21:37:30 | C43D239AE509E7D25D58DE9170398790D0E516D6 | Four Way In 4K |
| 01/18/2016 22:45:15 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |

**Total Statutory Claims Against Defendant: 8**