UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 5:18-cv-05100-JLS |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE subscriber assigned IP Address 174.59.227.92, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 174.59.227.92. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 25, 2019                    Respectfully submitted,

                                         FIORE & BARBER, LLC

                            By:    /s/ *Christopher P. Fiore*
                                   Christopher P. Fiore, Esquire
                                   418 Main Street, Suite 100
                                   Harleysville, PA 19438
                                   Tel: (215) 256-0205
                                   Fax: (215) 256-9205
                                   Email:  cfiore@fiorebarber.com
                                   PA Attorney ID: 83018
                                   **ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <i><u>Christopher P. Fiore</u></i>